# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: John A Orecchio  Cr.: 20-00093-001
PACTS #: 55560

Name of Sentencing Judicial Officer:   THE HONORABLE HARRY D. LEINENWEBER
UNITED STATES DISTRICT JUDGE (ND/IL)

Name of Assigned Judicial Officer:   THE HONORABLE JOHN MICHAEL VAZQUEZ
UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 06/17/2010

Original Offense:   Wire Fraud, 18 U.S.C. § 1343
Theft from an Employee Benefit Plan, 18 U.S.C. § 664

Original Sentence: 112 months imprisonment, 3 years supervised release

Special Conditions: $26,411,414 in Restitution

Type of Supervision: Supervised Release   Date Supervision Commenced: 10/30/2018

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | Failed to satisfy restitution. |

U.S. Probation Officer Action:

Throughout his term of supervised release, Orecchio has paid $11,584.49 towards his restitution. His supervision is due to expire on October 29, 2021, with an outstanding restitution balance of $26,399,829.51. The Financial Litigation Unit of the United States Attorney's Office was notified of the expiration of supervision and has a standing order for garnishment of his earnings and all future income tax refunds via the Treasury Offset Program (TOP). This Office recommends the supervision term be allowed to expire as scheduled since the restitution order remains imposed as a final judgement, pursuant to Title 18, U.S.C., Sections 3554 & 3613.

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

*Elisa Martinez*

By:   ELISA MARTINEZ
Supervising U.S. Probation Officer

/ kam

PREPARED BY:

*Kelly A. Maciel*          *07/14/2021*
KELLY A. MACIEL            Date
U.S. Probation Technician

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☒ Allow Supervision to Expire as Scheduled on October 29, 2021 (as recommended by the Probation Office)

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☐ Other

_____
Signature of Judicial Officer

7/14/21
Date